those alternative contentions advanced by defendant for reversal (*see* CPL 470.40 [2] [b]).

Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA concur; Chief Judge DiFIORE taking no part.

Order reversed and case remitted to the Appellate Division, Third Department, for consideration of the facts and issues raised but not determined on the appeal to that Court, in a memorandum.

(December 1, 2016 through December 31, 2016)

| | | |
|---|---|---|
| Liang-Houh Shieh, Matter of | App Div, 3d Dept, 11/2/16 | 12/8/16 |

(December 1, 2016 through December 31, 2016)

| | | |
|---|---|---|
| People ex rel. Moore v Superintendent of Coxsackie Corr. Facility | Sup Ct, Greene County, 11/2/16 | 12/7/16 |

(December 1, 2016 through December 31, 2016)

| | | |
|---|---|---|
| People v Abrahamsen | 1st Dept: 143 AD3d 478 (NY) | denied 12/30/16 (Fahey, J.) |
| People v Agosto | 1st Dept: 143 AD3d 418 (NY) | denied 12/7/16 (Stein, J.) |
| People v Alvaradoajcuc | 2d Dept: 142 AD3d 1094 (Suffolk) | denied 12/7/16 (Abdus-Salaam, J.) |
| People v Anderson | County Ct, 7/20/16 (Wayne) | denied 12/2/16 (Garcia, J.) |
| People v Anton | App Div, 2d Dept: 2016 NY Slip Op 86578(U) (Kings) | dismissed 12/16/16 (Fahey, J.) |
| People v Antunez | 1st Dept: 142 AD3d 869 (NY) | denied 12/20/16 (Garcia, J.) |
| People v Ashmeade | App Term, 1st Dept, 53 Misc 3d 132(A) (Bronx) | withdrawn 12/12/16 (Stein, J.) |
| People v Ayala | App Div, 2d Dept: 2016 NY Slip Op 86567(U) (Kings) | dismissed 12/19/16 (Rivera, J.) |